JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 22-1564-GW-ADSx | Date | November 8, 2022 |
|---|---|---|---|
| Title | *Daniel Bowman v. Chad Bianco* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None Present

Attorneys Present for Defendants: None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

Pro per prisoner Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 and later filed a request to proceed in forma pauperis. On October 3, 2022, this Court issued an order indicating that Plaintiff had not supplied: (1) a certified copy of his prison funds statement or (2) information as to a checking and/or savings account which he had previously referred. *See* ECF No. 5. Plaintiff was informed that he had to supply the above materials to the Court within 30 days or the action would be dismissed without prejudice. *Id.* Plaintiff has not supplied the aforementioned materials within 30 days of the order. Hence, this lawsuit is dismissed without prejudice.

:

Initials of Preparer  JG